UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Chris Anthony Hernandez Aguilar,<br><br>*Petitioner*,<br><br>v.<br><br>Kristi Noem, *Secretary Department of Homeland Security*, et al.,<br><br>*Respondents*. | No. 6:26-CV-185-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Chris Anthony Hernandez Aguilar's petition for writ of habeas corpus (Dkt. No. 1), filed on March 9, 2026 in the Southern District of Texas. The matter was transferred to this Court on March 23, 2026. Dkt. No. 8. On May 18, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 18. Federal Respondents filed their response on May 21, 2026. Dkt. No. 12. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Therefore, the Court finds that Petitioner is lawfully detained under § 1225. *See id.*; *see also Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Fifth Circuit further rejected Petitioner's due-process arguments in *Sosnava Rodriguez v. Vergara*, No. 26-50183 (5th Cir. Oct. 23, 2026) (*en banc*). This Court has likewise denied similar requests for habeas relief on due-process grounds. *See Salas Rivera*. Under the Fifth Circuit's precedent, the Court finds that Petitioner's requested relief should be denied.

Additionally, the class-action orders issued in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-1873 (C.D. Cal.), are not binding on this Court. *See Calderon Lopez v. Lyons*, 813 F. Supp. 3d 692, 695 (N.D. Tex. 2025).

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

So ordered on November 10, 2026, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE